IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DIANNA PAIGE SAUNDERS**                                                                   **PLAINTIFF**

v.                                           **2:05CV00219-WRW**

**WILDER BROTHERS SAWMILL, INC., et al**                                            **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Enforce Subpoenas (Doc. No. 80). Plaintiff has not responded, and the time for doing so has passed. Defendants' Motion is GRANTED.

IT IS SO ORDERED this 18th day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE