# SUPREME COURT OF ARKANSAS
No. 07-1249

| | |
|---|---|
| DIANNA PAIGE SAUNDERS,<br><br>PETITIONER,<br><br>VS.<br><br>WILDER BROTHERS SAWMILL, INC.,<br>BOBBY D. DAVIS and LEN PITTS,<br><br>RESPONDENTS, | Opinion Delivered January 17, 2008<br><br>MOTION TO DISMISS.<br><br>MOTION DENIED. |

## PER CURIAM

We recently accepted a certified question from the United States District Court for the Eastern District of Arkansas. *See Saunders v. Wilder Bros. Sawmill, Inc.*, ___ Ark. ___, ___ S.W.3d ___ (Dec. 13, 2007) (per curiam). Now Petitioner moves to dismiss, stating no controversy exists. We note that the matter was certified to us by the District Court, not the Petitioner, and it is incumbent upon the District Court to withdraw the certified question.

Motion denied.

IMBER, J., NOT PARTICIPATING.