# SUPREME COURT OF ARKANSAS
No. 07-1249

| | |
|---|---|
| DIANNA PAIGE SAUNDERS,<br><br>PETITIONER,<br><br>VS.<br><br>WILDER BROTHERS SAWMILL, INC.,<br>BOBBY D. DAVIS and LEN PITTS,<br><br>RESPONDENTS, | Opinion Delivered February 7, 2008<br><br>REQUEST TO WITHDRAW<br>CERTIFIED QUESTION.<br><br>*FILED*<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT ARKANSAS<br>2:05 CV00219 WRW<br>FEB 08 2008<br>JAMES W. McCORMACK, CLERK<br>By: _____, DEP CLERK<br><br>REQUEST GRANTED, CERTIFIED<br>QUESTION DISMISSED. |

## PER CURIAM

We recently accepted a certified question from the United States District Court for the Eastern District of Arkansas. *See Saunders v. Wilder Bros. Sawmill, Inc.*, ___ Ark. ___, ___ S.W.3d ___ (Dec. 13, 2007) (per curiam). On December 18, 2007, Petitioner moved to dismiss, stating no controversy exists. We denied the motion and noted that the matter was certified to us by the District Court, not the Petitioner, and it was incumbent upon the District Court to withdraw the certified question. *See Saunders v. Wilder Bros. Sawmill, Inc.*, ___ Ark. ___, ___ S.W.3d ___ (Jan. 17, 2008) (per curiam).

Now we have a request from the District Court to consider the request for review withdrawn.

Request granted; certified question dismissed.

IMBER, J., not participating.

𝔏eslie 𝔚. 𝔖teen
𝔈lerk

𝔖upreme ℭourt of the 𝔖tate of 𝔄rkansas
𝔄rkansas ℭourt of 𝔄ppeals
𝔍ustice 𝔅uilding
625 𝔐arshall 𝔖treet
𝔏ittle ℝock, 𝔄rkansas 72201

RECEIVED
MAIL ROOM

FEB - 8 2008

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

February 7, 2008

James W. McCormack, Clerk
United States District Court
Eastern District of Arkansas
Office of the Clerk
600 West Capitol Avenue, Suite 402
Little Rock, AR 72201-3325

RE: 07 1249. Dianna Paige Saunders v. Wilder Brothers Sawmill, Inc.,
Bobby D. Davis and Len Pitts

Dear Mr. McCormack:

The Arkansas Supreme Court made the following order today in the above styled case:

"Request to withdraw certified question. Request granted, certified question dismissed. See per curiam this date. Imber, J., not participating."

Sincerely,

Leslie W. Steen, Clerk

LWS:jko
cc: Gary D. Marts, Jr.
James Jacob Lessmeister
Kyle Ray Wilson
Kathryn Murray Martinez
Don Michael Huckabay, Jr.
Richard Shane Strabala
Ryan Owsley
Kara B. Mikles
Honorable William R. Wilson, Jr.