IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DIANNA PAIGE SAUNDERS                                              PLAINTIFF

vs.                          2:05CV00219-WRW

WILDER BROTHERS SAWMILL, INC.
BOBBY D. DAVIS AND LEN PITTS                                      DEFENDANTS

## JUDGMENT ON JURY VERDICT

This action came on for trial May 13, 2008, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict by answering Interrogatory #1 and Interrogatory #2 on May 15, 2008; now therefore, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that the plaintiff Dianna Paige Saunders, take nothing on her Complaint filed herein against the defendants, and the same is hereby dismissed.

IT IS SO ORDERED this 16th day of May, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

jdgjyinterog.Saunders.wpd